THE LAW OFFICES OF

## SCOTT A. KORENBAUM

14 Wall Street, Suite 1603
New York, New York 10005
Tel: (212) 587-0018     Fax: (212) 587-0018

May 25, 2021

BY ECF

Hon. Kenneth M. Karas
United States District Court
300 Quarropas Street, Rm. 533
White Plains, NY 10601-4150

      Re:    Thompson v. City of Newburgh, et ano.
                 20-CV-4455 (KMK) (PED)

Dear Judge Karas:

      Stephen Bergstein and I represent plaintiff Lakeem Thompson. We write on behalf of the parties to inform the Court that the parties reached a settlement that was approved by the Council of the City of Newburgh. We understand from Kimberly Hunt Lee, Esq., counsel for defendants, that she will be presenting us with the settlement paperwork in the coming days. Accordingly, we request that the Court enter a 30-day order of dismissal to permit the parties adequate time to finalize their agreement.

      Thank you for your attention to this matter.

                                              Respectfully submitted,

                                              *Scott A. Korenbaum*

                                              Scott A. Korenbaum

SAK:sak

cc:    Stephen Bergstein, Esq. (by ECF)
        Kimberly Hunt Lee, Esq. (by ECF)