THE LAW OFFICES OF

# SCOTT A. KORENBAUM

14 Wall Street, Suite 1603
New York, New York 10005
Tel: (212) 587-0018     Fax: (212) 587-0018

May 25, 2021

<u>BY ECF</u>

Hon. Paul E. Davison
United States District Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601-4150

   Re: *Thompson v. City of Newburgh, et ano.*
     <u>20-CV-4455 (KMK) (PED)</u>

Dear Magistrate Judge Davison:

 Stephen Bergstein & I represent plaintiff Lakeem Thompson. We write on behalf of the parties to inform the Court that the parties reached a settlement that was approved by the Council of the City of Newburgh. As such, we request that the Court cancel the conference scheduled for June 21, 2021, at 9:30 a.m.

 Thank you for your consideration of this request.

                Respectfully submitted,

                *Scott A. Korenbaum*

                Scott A. Korenbaum

SAK:sak

cc: Kimberly Hunt Lee, Esq. (by ECF)
   Stephen Bergstein, Esq. (by ECF)